1  BOTTINI & BOTTINI, INC.
   Francis A. Bottini, Jr. (175783)
2  Albert Y. Chang (296065)
3  Yury A. Kolesnikov (271173)
   7817 Ivanhoe Avenue, Suite 102
4  La Jolla, California  92037
5  Telephone:   (858) 914-2001
   Facsimile:    (858) 914-2002
6

7  *Proposed Lead Counsel for Plaintiffs and*
   *Counsel for Plaintiff Andrew Calcaterra*
8

9  [Additional Counsel Listed on Signature Page.]

10            UNITED STATES DISTRICT COURT
11            SOUTHERN DISTRICT OF CALIFORNIA
12

| | |
|---|---|
| ANDREW CALCATERRA, derivatively on behalf of BOFI HOLDING, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GREGORY GARRABRANTS, *et al.*, <br><br> Defendants, <br><br> – and – <br><br> BOFI HOLDING, INC., a Delaware corporation, <br><br> Nominal Defendant. | Case No. 15cv2722 BAS (NLS) <br><br> **Notice of Motion and Motion of Plaintiffs Andrew Calcaterra, Zhang Yong, and Laborers Pension Trust Fund of Northern Nevada to Consolidate Related Actions and to Appoint Lead Counsel** <br><br> Date:          March 21, 2016 <br> Time:         None <br> Judge:        Hon. Cynthia A. Bashant <br> Courtroom: 4B (Schwartz) <br><br> **NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

[Caption continues on following page.]

| | |
|---|---|
| DAVID DEYOUNG, derivatively and on behalf of BOFI HOLDING, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GREGORY GARRABRANTS, *et al.*, <br><br> Defendants, <br><br> – and – <br><br> BOFI HOLDING, INC., a Delaware corporation, <br><br> Nominal Defendant. | Case No. 16cv0163 BAS (NLS) |
| ZHANG YONG, derivatively on behalf of BOFI HOLDING, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GREGORY GARRABRANTS, *et al.*, <br><br> Defendants, <br><br> – and – <br><br> BOFI HOLDING, INC., a Delaware corporation, <br><br> Nominal Defendant. | Case No. 16cv0241 BEN (WVG) |

[Caption continues on following page.]

| | |
|---|---|
| LABORERS PENSION TRUST FUND OF NORTHERN NEVADA, derivatively on behalf of BOFI HOLDING, INC., <br><br> Plaintiff, <br><br> vs. <br><br> THEODORE C. ALLRICH, *et al.*, <br><br> Defendants, <br><br> – and – <br><br> BOFI HOLDING, INC., a Delaware corporation, <br><br> Nominal Defendant. | Case No. 16cv0259 BTM (RBB) |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 21, 2016, before the Honorable Cynthia A. Bashant, in Courtroom 4B of the United States District Court for the Southern District of California, located at 221 West Broadway, San Diego, California 92101, plaintiffs Andrew Calcaterra, Zhang Yong, and Laborers Pension Fund of Northern Nevada (together, "Plaintiffs") will jointly move, and hereby do move, the Court for entry of an order under Rule 42(a) of the Federal Rules of Civil Procedure:

(1) consolidating the above-captioned related actions; and

(2) appointing Bottini & Bottini, Inc. as lead counsel for Plaintiffs in the consolidated action.

In support of this motion, Plaintiffs submit this notice of motion, the accompanying Memorandum of Points and Authorities, the Declaration of Francis A. Bottini, Jr., with exhibits, and proposed order, and rely on all papers and proceedings in these actions, as well as such other evidence and matters that the Court may properly consider.

Dated: February 19, 2016         Respectfully submitted,

BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (175783)
Albert Y. Chang (296065)
Yury A. Kolesnikov (271173)

s/ Francis A. Bottini, Jr.
         Francis A. Bottini, Jr.

7817 Ivanhoe Avenue, Suite 102
La Jolla, California  92037
Telephone:   (858) 914-2001
Facsimile:     (858) 914-2002

*Proposed Lead Counsel for Plaintiffs and Counsel for Plaintiff Andrew Calcaterra*

| | |
|---|---|
| 1 | ROBBINS GELLER RUDMAN |
| 2 |   & DOWD LLP |
|   | Travis E. Downs III (148274) |
| 3 | Benny C. Goodman III (211302) |
|   | Erik S. Luedeke (249211) |
| 4 | |
| 5 |   /s Travis E. Downs III |
|   |       Travis E. Downs III |
| 6 | |
| 7 | 655 West Broadway, Suite 1900 |
|   | San Diego, California 92101-8498 |
| 8 | Telephone:  (619) 231-1058 |
|   | Facsimile:   (619) 231-7423 |
| 9 | |
| 10 | *Counsel for Plaintiff Laborers Pension Trust Fund* |
|    | *of Northern Nevada* |
| 11 | |
| 12 | THE SHUMAN LAW FIRM |
|    | Kip B. Shuman (145842) |
| 13 | |
| 14 |   /s Kip B. Shuman |
|    |       Kip B. Shuman |
| 15 | |
| 16 | 1 Montgomery Street, Suite 1800 |
|    | San Francisco, California 94104 |
| 17 | Telephone:  (303) 861-3033 |
|    | Facsimile:   (303) 536-7849 |
| 18 | |
| 19 |         -and- |
| 20 | Rusty E. Glenn (*pro hac vice to be submitted*) |
|    | 600 17th Street, Suite 2800 South |
| 21 | Denver, Colorado 80202 |
|    | Telephone:  (303) 861-3033 |
| 22 | Facsimile:   (303) 536-7849 |
| 23 | |
|    | *Counsel for Plaintiff Zhang Yong* |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**Signature Certification**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Travis E. Downs III and Kip B. Shuman, and that I have obtained Mr. Downs' and Mr. Shuman's authorizations to affix their electronic signatures to this document.

                                                    s/ Francis A. Bottini, Jr.
                                                        Francis A. Bottini, Jr.