Neal P. Panish, Esq. (SBN 131750)
Arezoo Jamshidi, Esq. (SBN 284220)
SELTZER CAPLAN McMAHON VITEK
A Law Corporation
750 B Street, 2100 Symphony Towers
San Diego, California 92101-8177
Telephone:  (619) 685-3003
Facsimile:   (619) 685-3100

Attorneys for Nominal Defendant
BOFI HOLDING, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>BOFI HOLDING, INC.<br>SHAREHOLDER LITIGATION.<br><br>This document relates to:<br><br>ALL ACTIONS. | Case No. 15-cv-2722-GPC (KSC)<br><br>BOFI HOLDING, INC.'S STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS<br><br>Date:    May 11, 2018<br>Time:   1:30 p.m.<br>Judge:  Gonzalo P. Curiel<br>Dept:    Crtm 2D, 2nd Floor<br><br>Complaint Filed:   May 5, 2016 |

TO THE COURT, ALL PARTIES HEREIN, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Nominal Defendant BOFI HOLDING, INC. does not oppose Defendants' Motion for Judgment on the Pleadings filed on March 7, 2018, and set to be heard on May 11, 2018.

Dated:  April 6, 2018                                                   SELTZER CAPLAN McMAHON VITEK
                                                                                        A Law Corporation


                                                                                        By:    /s/ *Neal Panish, Esq.*
                                                                                                Neal P. Panish, Esq.
                                                                                                Arezoo Jamshidi, Esq.
                                                                                        Attorneys for Nominal Defendant, BofI