
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JOHN P. STIGI III, Cal. Bar No. 208342
  jstigi@sheppardmullin.com
POLLY TOWILL, Cal. Bar No. 120420
  ptowill@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Telephone: 858.720.8900
Facsimile: 858.509.3691

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ALEJANDRO E. MORENO, Cal. Bar No. 256802
  amoreno@sheppardmullin.com
501 West Broadway, 19th Floor
San Diego, California 92101-3598
Telephone: 619.338.6500
Facsimile: 619.234.3815

Attorneys for the Individual Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>BOFI HOLDING, INC. SHAREHOLDER LITIGATION.<br><br>This document relates to:<br><br>ALL ACTIONS. | Case No. 15-cv-2722-GPC (KSC)<br><br>**THE INDIVIDUAL DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED SHAREHOLDER DERIVATIVE COMPLAINT**<br><br>Date: June 6, 2025<br>Time: 1:30 p.m.<br><br>The Hon. Gonzalo P. Curiel<br>Courtroom 2D (2d Floor - Schwartz)<br>Suite 1110 |

TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 6, 2025, at 1:30 p.m., before the Honorable Gonzalo P. Curiel in Courtroom 2D of the above-captioned Court, located at 333 West Broadway, San Diego, California 92101, defendants Gregory Garrabrants, Paul J. Grinberg, Nicholas A. Mosich, James S. Argalas, James J. Court, Edward J. Ratinoff, Uzair Dada, Theodore C. Allrich, John G. Burke,[1] Andrew J. Micheletti, Eshel Bar-Adon, John C. Tolla and Derrick K. Walsh (collectively, the "Individual Defendants"), by and through their counsel, will move and hereby do move to dismiss plaintiff Andrew Calcatarra's Third Amended Shareholder Derivative Complaint ("TAC"). The Individual Defendants move to dismiss the TAC pursuant to Rule 23.1 of the Federal Rules of Civil Procedure on the ground that plaintiff lacks standing to prosecute this action because he has failed to plead particularized facts showing that a majority of the current Board of Directors of BofI Holding, Inc. ("BofI")[2] in existence at the time plaintiff filed his TAC is unable to consider a pre-suit demand in good faith. The Motion is based on this Notice and Motion; the accompanying Memorandum of Points and Authorities and the Request for Judicial Notice in support thereof; all pleadings, papers and other materials in the Court's file for this action; any other matters of which this Court may or must take judicial notice; and any evidence or oral argument offered at the hearing on this Motion.

Dated: April 4, 2025           SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                               By:      *s/ John P. Stigi III*
                                     JOHN P. STIGI III
                                     POLLY TOWILL
                                     ALEJANDRO E. MORENO
                                   Attorneys for Individual Defendants

---

[1] Director John G. Burke passed away on March 31, 2023.

[2] On October 1, 2018, BofI Holding, Inc. changed its name to Axos Financial, Inc.