1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BOFI HOLDING, INC. SHAREHOLDER LITIGATION ) ) ) | Case No. 15cv2722 GPC (KSC) |
| This document relates to: ) ) ) ) ALL ACTIONS. ) ) | **Order Granting Plaintiff's Motion for Leave to File Under Seal Portions of the Memorandum in Opposition to Defendants' Motion to Dismiss the Third Amended Complaint** |

1    Before the Court is plaintiff's motion for leave to file under seal certain
2 portions of his memorandum (the "Memorandum") in opposition to defendants'
3 motion to dismiss his Third Amended Consolidated Shareholder Derivative
4 Complaint (the "Complaint").  Having considered the motion, and good cause
5 appearing, the Court concludes that a compelling reason exists to permit portions of
6 plaintiff's Memorandum to be filed under seal and in redacted form, because
7 (a) these portions contain information that nominal defendant BofI Holding, Inc.
8 ("BofI") believes to be non-public, confidential, proprietary, or commercially
9 sensitive; (b) such information is subject to a confidentiality agreement between
10 plaintiff and BofI; and (c) these portions contain the same information that is subject
11 to the Court's January 5, 2024 order (Dkt. No. 177) sealing portions of the
12 Complaint. *See Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir.
13 2006); *Phillips v. GMC*, 307 F.3d 1206, 1211 (9th Cir. 2002).

14    Accordingly, the Court grants the motion and orders that:

15    (1)    under Civil Local Rule 79.2(c), the Memorandum be filed under seal;
16           and
17    (2)    the Clerk of the Court shall accept and file under seal the unredacted
18           copy of the Memorandum.

19 Dated:  May 13, 2025

Hon. Gonzalo P. Curiel
United States District Judge